```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/28/06
```

STN/rev/S.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x

PATRICK SHANE,

      Plaintiff,

 -against-

360 GLOBAL WINE COMPANY, f/k/a
KNIGHTSBRIDGE FINE WINES, INC., JOEL
SHAPIRO, MICHAEL L. JEUB, PHILIP E.
PEARCE and LARRY KIRKLAND,

      Defendants.
----------------------------------------x

Index No: 05 CV 2953 (LLS)(KNF)

STIPULATION OF **PARTIAL** LLS
<u>VOLUNTARY DISMISSAL</u>

   **IT IS HEREBY STIPULATED AND AGREED** by and between plaintiff Patrick Shane ("Plaintiff"), and defendants 360 Global Wine Company, f/k/a Knightsbridge Fine Wines, Inc., Joel Shapiro, Michael L. Jeub, Philip E. Pearce and Larry Kirkland (collectively, "Defendants"), by and through their respective, undersigned attorneys, that Plaintiff's second cause of action for "Conversion," contained in Plaintiff's complaint, dated March 15, 2005, is hereby dismissed and discontinued with prejudice as to all Defendants, without costs or attorneys' fees to any party.

Dated: New York, New York
   December 14, 2006

LAUTERBACH GARFINKEL DAMAST &
HOLLANDER, LLP

By: _____
David J. Wolkenstein (DW-0398)
22 W. 38th Street, 12th Floor
New York, New York 10018
(212) 304-2600

*Attorneys for Plaintiff, Patrick Shane*

BRYAN CAVE LLP

By: _____
David P. Kasakove (DK 6292)
1290 Avenue of the Americas
New York, New York 10104
(212) 541-2000

*Attorneys for Defendants: 360 Global
Wine Company, f/k/a Knightsbridge Fine
Wines, Inc., Joel Shapiro, Michael L. Jeub,
Philip E. Pearce, and Larry Kirkland*

**SO ORDERED:**

C053475/0198937/1357655.1

_____
Louis L. Stanton
U.S.D.J.
12/26/06