UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
PATRICK SHANE,

                Plaintiff,        05 Civ. 2953 (LLS)

    -against-                 **ORDER**

360 GLOBAL WINE COMPANY f/k/a
KNIGHTSBRIDGE FINE WINES, INC.,
JOEL SHAPIRO, MICHAEL L. JEUB,
PHILIP E. PEARCE and LARRY KIRKLAND,

                Defendants.
------------------------------------X

    It having been reported to the court on March 14, 2007 that defendant 360 Global Wine Company filed a petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Nevada (Case No. 07-50205), which, pursuant to section 362 of title 11, operates as an automatic stay of pending judicial actions or proceedings against 360 Global, and there having been no objection to a stay of this action, it is hereby ordered that this action is stayed until further order of the court and that counsel shall notify the court if the automatic stay is lifted and when 360 Global is discharged from bankruptcy.

    So Ordered.

Dated: New York, NY
      April 20, 2007

                                            *Louis L. Stanton*
                                       Louis L. Stanton
                                          U.S.D.J.

ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/20/07